UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  | ) | CRIMINAL NO. 04 CR 10133 RCL |
|  | ) |  |
| UNITED STATES OF AMERICA | ) | VIOLATIONS: |
|  | ) | 18 U.S.C. §922(g)(1) |
|  | ) | Previously Convicted Felon in |
| V. | ) | Possession of Firearm and |
|  | ) | Ammunition |
|  | ) |  |
| DERONE BREWINGTON | ) | 18 U.S.C. §931 |
|  | ) | Previously Convicted Violent Felon in |
|  | ) | Possession of Body Armor |

INDICTMENT

COUNT ONE:   (18 U.S.C. §922(g)(1) – Previously Convicted Felon in Possession of Firearm and Ammunition)

The Grand Jury charges that:

On or about February 28, 2004, at Boston, in the District of Massachusetts,

DERONE BREWINGTON,

defendant herein, did, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possess in and affecting commerce two firearms and ammunition, to wit: a .45 caliber Glock semi-automatic pistol with an obliterated serial number, a 9mm Baretta semi-automatic pistol with an obliterated serial number, 45 rounds of 9mm ammunition, 25 rounds of .45 caliber ammunition, 10 rounds of .380 caliber ammunition, and 29 rounds of .38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO:     (18 U.S.C. §931 – Previously Convicted Violent Felon in Possession of Body Armor)

The Grand Jury further charges that:

On or about February 28, 2004, at Boston, in the District of Massachusetts,

DERONE BREWINGTON,

defendant herein, did, having been convicted in a court of a crime of violence punishable by imprisonment for a term exceeding one year, knowingly possess in and affecting commerce body armor, to wit: a Protective Armor International ballistic vest, serial number 005983.

All in violation of Title 18, United States Code, Section 931.

A TRUE BILL

[signature]
FOREPERSON OF GRAND JURY

[signature]
Seth P. Berman
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, April 28 2004.

Returned into the District Court by the Grand Jurors and filed.

[signature]
Deputy Clerk  12:33pm