AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

DERONE BREWINGTON

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10133 RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ DERONE BREWINGTON ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Possession of Firearm and Ammunition by a Convicted Felon
Possession of Body Armor by a Convicted Felon

in violation of
Title ___ 18 ___ United States Code, Section(s) 922(g)(1) and 931

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

4-28-04 Boston
Date and Location

Bail fixed at $ ___ by ___
Name of Judicial Officer

---

WARRANT RETURNED BY
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE
This warrant was received and executed with the arrest of the above-named defendant at DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.