# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE: USA v.s. Terone Brewington

FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name)

1. [X] Defendant—Adult
2. [ ] Defendant - Juvenile
3. [ ] Appellant
4. [ ] Probation Violator
5. [ ] Parole Violator
6. [ ] Habeas Petitioner
7. [ ] 2255 Petitioner
8. [ ] Material Witness
9. [ ] Other

DOCKET NUMBERS
Magistrate:
District Court: 04cr10133
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check)  [X] Felony  [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now: ☐ Yes  ☐ No  [X] Am Self-Employed
- Name and address of employer: Working with Step father
- IF YES, how much do you earn per month? $400-740 approximately
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes  [X] No  Single
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  [X] No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $_____

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☐ Yes  [X] No  IF YES, state total amount $

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  [X] No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS** — MARITAL STATUS: [✓] SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| $150.00 Rent | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Desone Brewington