AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES
V.
DERONE BREWINGTON

## EXHIBIT AND WITNESS LIST

Case Number:  04-10133-RCL

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|
| BOWLER | | SETH BERMAN | | CHARLES McGINTY | |

| TRIAL DATE (S) | | COURT REPORTER | | COURTROOM DEPUTY | |
|---|---|---|---|---|---|
| 5/19/04 | | DIGITAL | | SACCOCCIO | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/19/04 | | | LISA RUDNICKI, SPC. AGENT, A.T.F.; for the govt. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.