UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10133 RCL |
| | ) |
| DERONE BREWINGTON | ) |

## MOTION TO CONTINUE INITIAL STATUS HEARING

Defendant Derone Brewington, by his counsel, and the United States of America, by its counsel, jointly move to continue the initial status hearing in this matter until Friday, July 16, 2004 at 2:30pm. The parties jointly move for an exclusion of time from today until July 16, in the interest of justice.

DERON BREWINGTON
By his attorney,

/s/ Charles P. McGinty
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney James Lang by delivery on July 6, 2004.

/s/ Charles P. McGinty
Charles P. McGinty