UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-cr-10133-RCL |
| ) | |
| DERONE BREWINGTON ) | |

ASSENTED TO MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161(h)(8)(A), to exclude the period of time commencing on July 16, 2004 and ending on August 5, 2004.  As grounds therefor, the government states that the parties need this additional time to discuss matters related to this case.

Defendant, through his counsel Charles McGinty, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, grant the continuance as requested above and exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

                              Respectfully Submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney
                              By:

                              /s/ Seth P. Berman
                              SETH P. BERMAN
                              Assistant U.S. Attorney
                              (617) 748-3385

July 19, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Charlie McGinty, Esq.
        Federal Defender Services
        408 Atlantic Avenue
        Boston, MA 02110

This 19th day of July 2004.

        /s/ Seth P. Berman
        SETH P. BERMAN
        ASSISTANT UNITED STATES ATTORNEY