```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
v.                            )    Case No. 04-cr-10133-RCL
                              )
DERONE BREWINGTON             )
```

## ASSENTED TO MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161(h)(8)(A), to exclude the period of time commencing on September 21, 2004 and ending on October 21, 2004.  As grounds therefor, the government states that the defendant needs additional time to investigate this case.

Defendant, through his counsel Charles McGinty, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, grant the continuance as requested above and exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

                Respectfully Submitted,

                MICHAEL J. SULLIVAN
                United States Attorney
                By:

                /s/ Seth P. Berman
                SETH P. BERMAN
                Assistant U.S. Attorney
                (617) 748-3385

September 21, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by causing it to be hand delivered to:

>Charlie McGinty, Esq.
>Federal Defender Services
>408 Atlantic Avenue
>Boston, MA 02110

This 21st day of September 2004.

>/s/ Seth P. Berman
>SETH P. BERMAN
>ASSISTANT UNITED STATES ATTORNEY