UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 04-10133 RCL |
| | ) | |
| DERONE BREWINGTON | ) | |
| | ) | |

<u>ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE</u>

 Defendant Derone Brewington, by his counsel, respectfully moves to continue the final status conference in this case until December 3, 2004 at 11am.  As grounds for this motion, defendant states that he seeks the additional time to complete and submit his motion to suppress evidence.

 Defendant submits that the time from today until December 3 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in the interests of justice.

 The government, by Assistant United States Attorney Seth Berman, assents to this motion.

              DERONE BREWINGTON
              By his attorney,

              /s/ Charles P. McGinty
              Charles P. McGinty
               B.B.O. #333480
              Federal Defender Office
              408 Atlantic Avenue, 3rd Floor
              Boston, MA  02110
              Tel: 617-223-8061

Date: November 22, 2004