UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10133 RCL |
| | ) | |
| DERONE BREWINGTON | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant Derone Brewington, by his counsel, respectfully moves to continue the status conference in this case until December 16, 2004 at 2:15 p.m. As grounds for this motion, defendant states that he seeks the additional time to complete and submit his motion to suppress evidence.

Defendant submits that the time from today until December 16 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in the interests of justice.

The government, by Assistant United States Attorney Seth Berman, assents to this motion.

DERONE BREWINGTON
By his attorney,

/s/ Charles P. McGinty
Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: December 2, 2004