UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10133 RCL |
| ) | |
| DERONE BREWINGTON ) | |
| ) | |

MOTION TO EXCLUDE TIME

Defendant Derone Brewington, by his counsel, respectfully moves to exclude the time from December 16, 2004 to the date of the next scheduled hearing on January 13, 2005, under the Speedy Trial Act, 18 U.S.C. § 3161, in the interests of justice. Undersigned counsel needs additional time to consult on this case and to resolve outstanding matters.

The government, by Assistant United States Attorney Seth Berman, assents to this motion.

DERONE BREWINGTON
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
 B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

December 22, 2004