UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 04-cr-10133-RCL |
| | ) | |
| DERONE BREWINGTON | ) | |

ASSENTED TO MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161(h)(8)(A), to exclude the period of time commencing on January 26, 2005 and ending on March 3, 2005. As grounds therefor, the government states that the defendant has requested additional time to file motions in this case, and the government needs time to respond to the defendant's motions.

Defendant, through his counsel Charles McGinty, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

                                      Respectfully Submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney
                                      By:

                                      /s/ Seth P. Berman
                                      SETH P. BERMAN
                                      Assistant U.S. Attorney
                                      (617) 748-3385

Dated:     January 27, 2005