UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CRIMINAL NO. **04** CR **1 0 1 3 3** R C L

|  |  |
|---|---|
| ) | |
| ) | |
| UNITED STATES OF AMERICA ) | VIOLATIONS: |
| ) | 21 U.S.C. § 841(a)(1) |
| ) | Distribution of Cocaine Base |
| ) | |
| v.                       ) | 18 U.S.C. §922(g)(1) |
| ) | Previously Convicted Felon in |
| ) | Possession of Firearm and |
| ) | Ammunition |
| DERONE BREWINGTON    ) | |
| ) | 18 U.S.C. §931 |
| ) | Previously Convicted Violent Felon in |
| ) | Possession of Body Armor |

## **INDICTMENT**

### COUNT ONE
21 U.S.C. § 841(a)(1)
Distribution of Cocaine Base

The Grand Jury charges that:

On or about February 28, 2004, at Boston, in the District of Massachusetts,

### DERONE BREWINGTON,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did

distribute, 5 grams or more of a mixture or substance which contains a detectable amount of

cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(iii).

COUNT TWO
18 U.S.C. §922(g)(1)
Previously Convicted Felon in Possession of Firearm and Ammunition

The Grand Jury further charges that:

On or about February 28, 2004, at Boston, in the District of Massachusetts,

DERONE BREWINGTON,

defendant herein, did, having been convicted in a court of a crime punishable by imprisonment

for a term exceeding one year, knowingly possess in and affecting commerce two firearms and

ammunition, to wit: a .45 caliber Glock semi-automatic pistol with an obliterated serial number,

a 9mm Baretta semi-automatic pistol with an obliterated serial number, 45 rounds of 9mm

ammunition, 25 rounds of .45 caliber ammunition, 10 rounds of .380 caliber ammunition, and 29

rounds of .38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE
18 U.S.C. §931
Previously Convicted Violent Felon in Possession of Body Armor

The Grand Jury further charges that:

On or about February 28, 2004, at Boston, in the District of Massachusetts,

DERONE BREWINGTON,

defendant herein, did, having been convicted in a court of a crime of violence punishable by

imprisonment for a term exceeding one year, knowingly possess in and affecting commerce body

armor, to wit: a Protective Armor International ballistic vest, serial number 005983.

All in violation of Title 18, United States Code, Section 931.

A TRUE BILL


FOREPERSON OF GRAND JURY


Seth P. Berman
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS, Boston, February 16, 2005.


Returned into the District Court by the Grand Jurors and filed.


Deputy Clerk   2/16/05 @ 2:00pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** _II_____    **Investigating Agency** _ATF/DEA/BPD___

**City** _Boston_____    **Related Case Information:**

**County** _Suffolk_____    Superseding Ind./ Inf.  _Yes_____    Case No.  _04-10133-RCL__
                                 Same Defendant  _Yes_____    New Defendant _____
                                 Magistrate Judge Case Number    _____
                                 Search Warrant Case Number    _____
                                 R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  _DERONE BREWINGTON_____    Juvenile ☐ Yes    ☒ No

Alias Name  _____

Address  _18 Walnut Street #1, Brockton, MA 02301_____

Birth date (Year only):  _1981_  SSN (last 4 #):  _7300_  Sex _M_  Race:  _Black_____  Nationality: _USA_____

**Defense Counsel if known:**    _Charlie McGinty_____    **Address:** _Federal Defender Services____

**Bar Number:**    _____

**U.S. Attorney Information:**

**AUSA** _Seth P. Berman_____    **Bar Number if applicable** _629332_____

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:**    _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____  in  _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____  **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   _Three_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  February 16, 2005**    **Signature of AUSA:** _____

©JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    DERONE BREWINGTON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 841 (a) | Distribution of Cocaine Base | One |
| Set 2  18 U.S.C. § 922(g)(1) | Possession of Firearms and Amm. by a Felon | Two |
| Set 3  18 U.S.C. § 931 | Possession of Body Armor by a Violent Felon | Three |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js45.super.brewington.wpd - 1/15/04 (USAO-MA)