UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )     CRIMINAL NO. 04-10133-RCL
                              )
DERONE BREWINGTON             )
                              )

<u>DEFENDANT'S MOTION TO SUPPRESS</u>

Defendant Derone Brewington respectfully moves, pursuant to the Fourth Amendment of the United States Constitution and Fed. R. Crim. P. 12 and 41, to suppress all evidence seized, obtained or derived from his illegal stop and subsequent illegal arrest, both on February 28, 2004.  Among other grounds, defendant submits that Boston police did not have reasonable suspicion to stop him; that the police frisk of his person was unjustified; and that the subsequent warrantless entry by police into the 2-family home where he stayed with his girlfriend violated his right to privacy in his residence and his right to be free from warrantless police intrusion.  The search of the premises, any admissions made by defendant, any alleged consent to search, and a subsequent search warrant were the direct and impermissible fruits of the unlawful intrusions.

Since the stop and arrest of Brewington were not supported by a warrant, the government has the burden of showing that the challenged police conduct was lawful.  <u>See</u>, <u>e.g.</u>, <u>United States v. Cruz Jimenez</u>, 894 F.2d 1, 6 (1st Cir. 1990).

Defendant submits a preliminary memorandum in support of this motion, and reserves the right to amend or supplement it, following a hearing in this matter.

<u>REQUEST FOR EVIDENTIARY HEARING</u>

Defendant respectfully requests an evidentiary hearing on this motion.

```
                              DERONE BREWINGTON
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                B.B.O. #333480
                              Federal Defender Office
                              408 Atlantic Avenue
                              Boston, MA  02110
                              Tel: 617-223-8061
```

Date:  February 18, 2005