### Affidavit of Ebonie Minter

I, Ebonie Minter, being sworn, depose and say as follows:

My name is Ebonie Minter. I am the girlfriend of Derone Brewington. voluntarily spoke with Courtney Roberts, a paralegal in the Federal Defender Office, on November 4, 2004 about the arrest of Derone Brewington on February 28, 2004. understand that Ms. Roberts works with Derone's attorney and that I did not have to give a statement if I did not want to do so.

2. I moved into 36 Wrentham Street, apartment 1, in September 2003. I was living there with my boyfriend Derone Brewington on February 28, 2004. Since I moved in, Derone has stayed in the apartment with me most nights and kept his clothes there.

3. Thirty-six Wrentham is a two-family house with a front porch The house has a single front door, which consists of a screen storm door and solid main door. This solid, outer door locks automatically and has a storage-door type knob. Once you go through the outer door there's a small entryway, about 3.5 feet deep by 5 feet wide. The door to my apartment is straight ahead, and opens with a different key than the outer front door. To the right is a staircase which leads to the second floor apartment There is also a side door to the house, which is a locked fire exit. There are two pictures of the house attached to this affidavit.

4. To my knowledge, as of February 28, the only people who had keys to the front door were Derone and myself, Theresa, the landlord, and a fix-it man named Mr. Johnson employed by the landlord. Sometimes we keep snow shovels, a salt bucket and similar things stored in this entryway.

5. The porch itself has a light hooked up to a motion sensor, so it will come on whenever someone walks by the house. The front door has a small window covered with a metal grate and

a lacy curtain. The inner entryway has a light that is operated by a regular switch. If the light is on, someone could see through the curtain, but if the light is off, one cannot.

6. There are two mailboxes on the porch. My mailbox had only my name on it, no number. Derone's name was not on the mailbox. As of February 28, I am sure that the doorbell to my apartment worked.

7. Sometime after I moved in, a woman moved into the second floor apartment with her two children, who were about 6 and 14 years old. She and I were on good terms, and sometimes her children would come downstairs to my apartment, by themselves, to hang out or listen to music. They did not have to go outside the building, but would remain inside the inner hallway when traveling from their apartment to mine. Since the outside door was always kept locked, the children could walk throughout the house, and still be safe from any intruders. I would leave my apartment door open sometimes so they could come in and out. Neither of us had very many visitors, just occasional friends and family. Thus, the inner entryway was not a highly trafficked area, and I would take notice if I heard the screen door slam. The springs are bad on the screen door and it always slams loudly. I expected privacy both in my apartment and in the entryway, and both my neighbor and I kept the front exterior door (as well as the side fire door) locked at all times. Both my neighbor and I took turns keeping the entryway clean.

8. When the police arrived on February 28, I heard loud banging on both my front door and side fire exit door at the same time. I also heard the buzzer ring. At the time, I was in the bedroom of the apartment with Derone, as well as with my friend Angela Tantillo and Derone's cousin Josh. Both Derone and I went into the living room. The lights were out in the aprtment. Derone called to the police that I would be opening the door. I approached the door, and as I opened it, approximately 5 plainclothed police and 2 uniformed police rushed into my apartment.

Some had guns drawn and they had flashlights on. They were shouting things. They asked me to turn on the lights and I did.

9. As I approached the door to open it, Derone was standing still on the right side of the living room. He didn't try to flee. They handcuffed him on the floor of the living room.

10. Several of the police had gone to other places in the apartment. Some went down the hall toward the kitchen and the back of the house, while others went directly into the living room.

Signed under the pains and penalties of perjury.

*Ebonie Minter*  11-4-04

Ebonie Minter

