## Affidavit of Courtney Roberts

I, Courtney Roberts, being sworn, depose and say as follows:

1. My name is Courtney Roberts and I am a paralegal for the Federal Defender Office in Boston, Massachusetts. I have held this position for approximately 1.5 years.

2. On Saturday, December 18, 2004, at approximately 3:45 pm, I visited 36 Wrentham Street, Dorchester Center, MA. I rang the bell for apartment #2.

3. A woman named Theresa answered the door, accompanied by her young daughter, approximately 7 or 8 years old. I identified myself as a paralegal for the Federal Public Defender Office, and that I was working for the attorney representing Ebonie Minter's boyfriend in federal proceedings.

4. Theresa stated that she had lived in the apartment since approximately October 2003 and remembers Ebonie Minter living downstairs. She was home the night Derone Brewington was arrested, February 28, 2004. Ms. Minter no longer lives in the house.

5. Theresa told me that the front door to the house is always locked. Only she, the downstairs resident, the landlord, and the landlord's handyman have access to the entryway.

6. Theresa stated that she and her two daughters have taken responsibility for keeping the entryway clean. They sweep the floor and stairs regularly. From my own observations, the entryway appeared very neat, clean, and well cared for.

7. Theresa stated that a snow shovel and salt for the steps are routinely stored in the entryway. In addition, I noticed a pink scooter stored at the bottom of the stairwell that Theresa confirmed belonged to her daughter.

8. Theresa had been on good terms with Ebonie Minter, and had occasionally allowed her daughters to go downstairs to Ebonie's apartment without her supervision. She remembered one

occasion when Ebonie had a CD her older daughter liked to listen to, and another occasion when one of her daughters wanted to go show Ebonie a new pair of boots. She said she felt safe letting them go downstairs by themselves because the outer door was always locked and she felt secure.

9. Theresa was responsive to my questions, but declined to provide her last name or telephone number. I thanked her for taking the time to speak to me, and left the residence at approximately 4 pm.

Signed under the pains and penalties of perjury, this 18 day of February, 2005.

_Courtney A. Roberts_
Courtney A. Roberts