```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
v.                            )    Case No. 04-cr-10133-RCL
                              )
DERONE BREWINGTON             )
```

<u>ASSENTED TO MOTION TO ENLARGE THE TIME FOR GOVERNMENT'S RESPONSE
TO DEFENDANT'S MOTION TO SUPPRESS</u>

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves to enlarge the time for the Government to respond to Defendant's Motion to Suppress from March 1, 2005 until March 18, 2005.  As grounds therefor, the government states that the Defendant's motion, which was due on January 27, 2005, was not filed until February 18, 2005.  Accordingly, the government needs this additional time to respond to the Defendant's motion.

Defendant, through his counsel Charles McGinty, assents to this motion.

WHEREFORE, the United States respectfully requests that the date for the Government's response to Defendant's motion be enlarged from March 1, 2005 until March 18, 2005.

                                  Respectfully Submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney
                                  By:

                                  /s/ Seth P. Berman
                                  SETH P. BERMAN
                                  Assistant U.S. Attorney
                                  (617) 748-3385

February 22, 2005

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 22nd day of February, 2005.

              <u>/s/ Seth Berman</u>
              SETH BERMAN
              Assistant U.S. Attorney