UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 04-10133-RCL |
| | ) |
| DERONE BREWINGTON, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney Seth P. Berman, hereby files this information stating that the government will rely one or more drug convictions as the basis for a sentencing enhancement with respect to Count One of the Superseding Indictment.

In particular, the government will rely on one, the other, or both of the following convictions:

> a July 13, 2000 conviction in West Roxbury District Court, Docket Number 0006CR1960, for Possession to Distribute a Class B Substance, in violation of M.G.L. c. 94C, Section 32A; and

> an August 22, 2001 conviction in Brockton District Court, Docket Number 0115CR006061, for Possession to Distribute a Class B Substance, in violation of M.G.L. c. 94C, Section 32A.

Because Count One involves five (5) grams or more of a mixture or substance containing cocaine base (also known as "crack"), the government submits that the defendant is subject upon conviction on this count to a mandatory minimum period of incarceration of ten years, a fine of up to four million dollars and supervised release for a minimum of eight (8) years up to a maximum of life following any period of incarceration, pursuant to 21 U.S.C. § 841(b)(1)(B)(iii).

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:                                
                                            SETH P. BERMAN
                                            Assistant U.S. Attorney
                                            One Courthouse Way
                                            Boston, MA 02210

Dated: February 18, 2005              (617)748-3385

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery to:

    Charlie McGinty, Esq.
    Federal Defender Services
    408 Atlantic Avenue
    Boston, MA 02110

                        SETH P. BERMAN
                        Assistant U.S. Attorney