```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 04-cr-10133-RCL |
| | ) | |
| DERONE BREWINGTON | ) | |

### JOINT MOTION TO RESCHEDULE STATUS CONFERENCE AND EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendant, by and through his attorney Charlie McGinty, Esq., jointly move to reschedule the final status conference in this case from April 6, 2005 to April 12, 2005 at 2:15 p.m. As grounds therefore, the parties state that defendant needs additional time to review the discovery materials recently provided by the government.

The parties further jointly move, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on April 6, 2005 and ending on April 12, 2005. As grounds therefor, the parties state that the defendant has requested additional time to review discovery in this case.

WHEREFORE, the parties respectfully request that the Court grant the continuance described above and that this Court find based on the above stated reason that, pursuant to 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

| | |
|---|---|
| DERONE BREWINGTON | MICHAEL J. SULLIVAN |
| by his attorney | United States Attorney |
| | By: |
| /s/ Charlie McGinty (by SPB) | /s/ Seth P. Berman |
| CHARLIE McGINTY, Esq. | SETH P. BERMAN |
| Federal Defender Services | Assistant U.S. Attorney |
| (617) 223-8061 | (617) 748-3385 |

Dated:    April 6, 2005