# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

CRIMINAL NO. 04-10133-RCL

UNITED STATES OF AMERICA

v.

DERONE BREWINGTON

## *FINAL STATUS REPORT*

April 13, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Superseding Indictment in the above-entitled case, which charges the defendant with the distribution of cocaine base, being a convicted felon in possession of a firearm and ammunition and being a previously convicted violent felon in possession of body armor, was returned on February 16, 2005;

2. The defendant was arraigned on the Superseding Indictment on March 3, 2005;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately eight to ten witnesses and that the trial would last approximately ten days;

5. Defense counsel has requested that a hearing be scheduled before the district judge on the motion to suppress;

6. As of the date of this Final Status Report, time has been excluded through April 12, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

 /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge