UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
v.                            )    Case No. 04-cr-10133-RCL
                              )
DERONE BREWINGTON             )


       ASSENTED TO MOTION TO CONTINUE HEARING AND TO EXCLUDE TIME


   The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves to continue the suppression hearing currently scheduled for May 9, 2005 to any day the week of May 23, 2005.  As grounds therefore, the government states that the attorney for the government, Seth Berman, will be on trial in front of the Hon. Nancy Gertner starting on May 9, 2005, and that such trial is likely to continue until sometime in the week of May 16, 2005.

   Defendant, through his counsel Charles McGinty, assents to this motion.

WHEREFORE, the United States respectfully request that the suppression hearing in this matter be continued from May 9, 2005 until any day the week of May 23, 2005.

                                    Respectfully Submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney
                                    By:

                                    /s/ Seth P. Berman
                                    SETH P. BERMAN
                                    Assistant U.S. Attorney
                                    (617) 748-3385

April 29, 2005