```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
v.                            )    Case No. 04-cr-10133-RCL
                              )
DERONE BREWINGTON             )
```

JOINT MOTION TO CONTINUE HEARING

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendant, by and through his attorney, Charlie McGinty, Esq., jointly move to continue the suppression hearing currently scheduled for May 9, 2005 to any day the week of May 23, 2005.  As grounds therefore, the parties state that the attorney for the government, Seth Berman, will be on trial in front of the Hon. Nancy Gertner starting on May 9, 2005, and that such trial is likely to continue until sometime in the week of May 16, 2005.  Judge Gertner has requested that the attorney for the government be available in the afternoons of the week of May 9, 2005, as she may conduct jury questioning and additional hearings in the afternoons of the trial.  The attorney for the government also needs the afternoons of the trial to prepare witnesses for testimony in that case, many of whom will be arriving from out of this District, and cannot be prepared in person prior the start of the trial.  Moreover, Charlie McGinty, the attorney for the defendant, is starting a trial on May 16,

2005, in front of the Honorable Rya Zobel, and needs the afternoons of each trial day to prepare for the next day's trial. Given the complicated nature of the issues involved in the hearing in the instant case, the parties request a date the week of May 23, 2005 when both counsel will be able to devote their full resources to the instant matter.

WHEREFORE, the parties respectfully jointly request that the suppression hearing in this matter be continued from May 9, 2005 until any day the week of May 23, 2005.

Respectfully Submitted,

| | |
|---|---|
| DERONE BREWINGTON | MICHAEL J. SULLIVAN |
| Through His Counsel: | United States Attorney |
| | By: |
| /s/ Charlie McGinty | /s/ Seth P. Berman |
| CHARLIE McGINTY | SETH P. BERMAN |
| Federal Defender Services | Assistant U.S. Attorney |
| (617) 223-6081 | (617) 748-3385 |

DATED: May 4, 2005