AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES

V.

DERONE BREWINGTON

**EXHIBIT AND WITNESS LIST**

Case Number:  04-10133-RCL

| PRESIDING JUDGE<br>Bowler | | | PLAINTIFF'S ATTORNEY<br>Seth Berman | | DEFENDANT'S ATTORNEY<br>Charles McGinty |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>5/24/2005, 5/27/2005, 6/8/2005, 6/17/05 | | | COURT REPORTER<br>Twomey, Gibson, O'Hara, Womack | | COURTROOM DEPUTY<br>Saccoccio |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  |  | 5/24/05 |  |  | FELIPE COLON, SARGENT, BOSTON POLICE DEPT., for the govt. |
| 1 |  | 5/24/05 | X | X | COPY OF IDENTIFICATION CARD OF DERONE BREWINGTON |
| 2 |  | 5/24/05 | X | X | PAGE OF TWO PHOTOGRAPHS |
|  | A | 5/24/05 | X | X | SERIES OF THREE PHOTOGRAPHS |
|  |  | 5/27/05 |  |  | DAVID O'SULLIVAN, POLICE OFFICER, BOSTON POLICE DEPT., for the govt. |
| 3 |  | 5/27/05 | X | X | PHOTOCOPY OF KNIFE |
| 4 |  | 5/27/05 | X | X | DARK BLUE JACKET (stored by the govt.) |
| 5 |  | 5/27/05 | X | X | PHOTOCOPY OF SET OF KEYS |
| 6 |  | 5/27/05 | X | X | COPY OF CORI CHECK FROM DISTRICT 11 dtd. 2/28/2004 |
|  | B | 5/27/05 | X | X | SERIES OF PHOTOS OF DRACUT ST. |
|  | C | 5/27/05 | X | X | PHOTO OF 36 WRENTHAM ST. |
|  |  | 6/8/05 |  |  | ALBERT TERESTRE, SGT. DETECTIVE, BOSTON POLICE DEPT., for the govt. |
| 7 |  | 6/8/05 | X | X | COPY OF BOSTON POLICE DEPT. CONSENT TO SEARCH FORM |
| 8 |  | 6/8/05 | X | X | BOSTON POLICE DEPT. MIRANDA WARNING |
|  | D | 6/8/05 | X | X | MAPQUEST PRINTOUT OF DORCHESTER AVE. & DRACUT ST. |
|  | E | 6/8/05 | X | X | SERIES OF SIX PHOTOGRAPHS OF 36 WRENTHAM ST. |
|  | F | 6/8/05 | X | X | REPORT OF POLICE TRANSMISSIONS |
|  |  | 6/17/05 |  |  | EBONIE MINTER for McGinty |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1       Pages