UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10133-RCL

UNITED STATES OF AMERICA

v.

DERONE BREWINGTON

**PROCEDURAL ORDER RE:
DEFENDANT'S MOTION TO SUPPRESS
(DOCKET ENTRY # 20)**

August 3, 2005

**BOWLER,U.S.M.J.**

Pending before this court is a motion to suppress (Docket Entry # 20) filed on February 18, 2005.  At the conclusion of the evidentiary hearing on June 17, 2005, defendant Derone Brewington requested an opportunity to file a post hearing brief to supplement the comprehensive 25 page brief filed prior to the hearing.  This court therefore allowed both parties the opportunity to file post hearing briefs 14 days after receipt of the final transcript.  The parties are presently awaiting completion of all of the transcripts.

In light of the extensive and intelligent briefing to date, such briefs shall be limited to seven pages absent a good cause showing that the issues were not previously and adequately addressed in the prior briefs or were not anticipated as part of the evidence at the hearing.

                          /s/ Marianne B. Bowler
                          **MARIANNE B. BOWLER**
                          United States Magistrate Judge