```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
v.                          )   Case No. 04-cr-10133-RCL
                            )
DERONE BREWINGTON           )
```

ASSENTED TO MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161 (h)(1)(F) and (h)(8)(A), to exclude the period of time commencing on February 18, 2005 and ending on September 30, 2005 or such later date on which the defendant's motion to suppress evidence is decided.  As grounds therefor, the government states that the parties and the Court are waiting for a transcript of the hearing on the motion to suppress to be completed so that the parties may further brief the issues, as requested by the defendant, and so that the Court may rule on the defendant's motion.

Defendant, through his counsel Charles McGinty, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161 (h)(1)(F), (h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

                                Respectfully Submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney
                                By:

                                /s/ Seth P. Berman
                                SETH P. BERMAN
                                Assistant U.S. Attorney
                                (617) 748-3385

August 8, 2005