UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-10133 RCL |
| ) | |
| DERONE BREWINGTON    ) | |
| ) | |

ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE MEMORANDUM

Defendant Derone Brewington, by his counsel, seeks an additional seven working days to file his post-hearing memorandum in support of his motion to suppress.

As grounds for this motion, defense counsel states that by Order entered June 17, 2005, this Court permitted counsel "14 days after the receipt of the final transcript" to file memoranda. Undersigned counsel received the final transcript on August 31, 2005. Defense counsel seeks a filing date of Friday, September 23 (an additional 7 working days after the September 14 due date), for the following reasons: defense counsel is commencing trial on Tuesday, September 6, 2005 before Chief Judge Young in United States v. John Chu, Cr. 04-10156-WGY, and in the two weeks following that date, among other things, has a hearing commencing on a motion to suppress, and must go to Washington, DC to present reasons why the Justice Department should not seek a capital penalty in United States v. Guzman.

Undersigned counsel respectfully petitions for a filing date of September 23, 2005, and submits that the intervening time should be excluded under the Speedy Trial Act.

The government, by Assistant United States Attorney Seth Berman, assents to this motion.

                                DERONE BREWINGTON
                                By his attorney,

                                /s/ Charles P. McGinty
                                Charles P. McGinty
                                  B.B.O. #333480
                                Federal Defender Office
                                408 Atlantic Avenue, 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061

Date: September 2, 2005