UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10133 RCL |
| | ) | |
| DERONE BREWINGTON | ) | |
| | ) | |

MOTION FOR LEAVE TO FILE BRIEF WITH TWO ADDITIONAL PAGES

Defendant Derone Brewington, by his counsel, seeks leave to file a nine page post-hearing memorandum. Counsel states that he has labored to narrow the brief to 7 pages, but it is 1 1/4 pages longer. He respectfully seeks this Court's leave, in view of the significance of the motion and the need to develop the facts from the hearing, to exceed the 7 page limit by 1 1/4 pages.

DERONE BREWINGTON
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date:  September 23, 2005