UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                                ) | Case No. 04-cr-10133-RCL |
| ) | |
| DERONE BREWINGTON                         ) | |

## GOVERNMENT'S MOTION FOR STATUS CONFERENCE BEFORE THE DISTRICT COURT

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby moves the Court to hold a status conference and to schedule a date for trial in this matter.  As grounds therefor, the Government states that the Judge Bowler has recommended that the defendant's Motion to Suppress be denied.  If this recommendation is accepted, the case is now ready for trial.  Consequently, the Court should now schedule a date for a status conference.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Seth P. Berman
      SETH P. BERMAN
      Assistant U.S. Attorney

Dated:   December 22, 2005