UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10133 RCL |
| | ) | |
| DERONE BREWINGTON | ) | |
| | ) | |

ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE OBJECTIONS

Defendant Derone Brewington, by his counsel, respectfully moves for additional time to file objections to the Report and Recommendation Re: Defendant's Motion to Suppress.

As grounds for this motion, defendant states that United States Magistrate Judge Marianne B. Bowler entered her Report and Recommendation in this matter on December 22, 2005. Undersigned counsel, due to the holidays, did not see the Report until December 28, 2005, and has not had the opportunity to meet with his client. Defendant respectfully seeks a further period through January 17, so that he may fully review the 72 page ruling, meet with his client, and prepare objections.

The government, by Assistant United States Attorney Seth Berman, has no objection to this motion.

                                                                                           DERONE BREWINGTON
By his attorney,

/s/ Charles P. McGinty
Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: December 29, 2005