```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
v.                            )    Case No. 04-cr-10133-RCL
                              )
DERONE BREWINGTON             )
```

<u>JOINT MOTION TO RESCHEDULE RULE 11 HEARING AND TO EXCLUDE TIME</u>

    The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendant, by and through his attorney Charlie McGinty, Esq., jointly move to reschedule the Rule 11 hearing in this case from October 16, 2006 to on or after October 25, 2006.  As grounds therefore, the parties state that they are in the midst of negotiating a plea agreement in this case, but that the plea agreement in this case will not be finalized in time for the scheduled October 16, 2006 Rule 11 Hearing.

    The parties further jointly move, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on October 6, 2006 and ending on the date the Court schedules for the Rule 11 hearing.  As grounds therefor, the parties state that the parties need this additional time to finalize the plea agreement.

WHEREFORE, the parties respectfully request that the Court grant the continuance described above and that this Court find based on the above stated reason that, pursuant to 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.


Respectfully Submitted,


| | |
|---|---|
| DERONE BREWINGTON<br>by his attorney | MICHAEL J. SULLIVAN<br>United States Attorney<br>By: |
| /s/ Charlie McGinty (by SPB)<br>CHARLIE McGINTY, Esq.<br>Federal Defender Services<br>(617) 223-8061 | /s/ Seth P. Berman<br>SETH P. BERMAN<br>Assistant U.S. Attorney<br>(617) 748-3385 |

Dated:   October 6, 2006