UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10133 RCL |
| | ) | |
| DERONE BREWINGTON | ) | |
| | ) | |

<u>MOTION TO FILE UNDER SEAL</u>

Defendant Derone Brewington respectfully moves to file the attached document under seal.

                                        DERONE BREWINGTON
                                        By his attorney,

                                        /s/ Charles P. McGinty

                                        Charles P. McGinty
                                            B.B.O. #333480
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA 02110
                                        Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 29, 2007.

                                        /s/ Charles P. McGinty

                                        Charles P. McGinty