UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-cr-10133-RCL |
| ) | |
| DERONE BREWINGTON ) | |

## MOTION TO DISMISS ORIGINAL INDICTMENT

The government respectfully moves that the Court dismiss the original Indictment filed in this case on April 28, 2004 against defendant Derone Brewington, which charged him with violations of 18 U.S.C. §922(g)(1) and 18 U.S.C. §931. As grounds therefor, the government states that the defendant has pled guilty to a Superseding Indictment, filed on February 16, 2005, charging him with violations of 21 U.S.C. §841(a)(1), 18 U.S.C. §922(g)(1) and 18 U.S.C. §931.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Seth P. Berman
    SETH P. BERMAN
    Assistant U.S. Attorney

Dated: February 8, 2006