```
 1            STATEMENT OF REASONS (TAKEN FROM TRANSCRIPT)
 2                    *   *   *   *   *   *   *   *   *
 3            THE COURT:  This case presents the worst of
 4   all the features of sentencing.  As you point out, Mr. McGinty,
 5   at the beginning of your sentencing memorandum, underlying all
 6   of this is the way the sentencing structure treats distribution
 7   of crack cocaine and the difference between the treatment of
 8   crack cocaine and other drugs.  There is the mandatory minimum,
 9   also an unpleasant feature of sentencing, weighing against the
10   requirement that people be treated as individuals.  And then
11   there are the career offender provisions that, as I pointed out
12   to Mr. Berman, speak in categorical terms, and they also
13   militate against treating people as individuals.
14            Twenty-one -- a sentence at the low end of the
15   guidelines -- and by the way, this guideline for the offense
16   with career offender has a range of 262 to 327 -- I'm not sure
17   what 327 is in years.  I can find out quickly enough.
18   Twenty-seven-and-a-quarter years.  So under the guidelines
19   Mr. Brewington is eligible for a sentence of between
20   21-and-a-half to 27-and-a-quarter years.
21            I've sentenced a lot of people.  And, as
22   Mr. Brewington himself says, a point that makes me realize, I
23   have sentenced people who have in their past committed the
24   ultimate crime of murder, and multiple murders; and I've
25   sentenced people to sentences lower than the low end of the
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   guidelines here who have committed multiple murders.  And I've
 2   done those sentences under departures recommended by the
 3   government.
 4              Twenty-one years for Mr. Brewington is not a
 5   reasonable sentence, in my view.  The sentence is driven,
 6   first, by that mandatory minimum; and by the career offender
 7   categories.  And Mr. Brewington is not a classic career
 8   offender.  These two predicates, the basketball offense,
 9   however it occurred, occurred when he was 17 years old.  The
10   actual offense occurred when he was 17 years old.  At that age
11   he couldn't legally buy beer, but that hangs over his head as a
12   predicate for the career offender.
13              What then is a reasonable sentence?  There is the
14   mandatory minimum sentence of ten years, and Mr. McGinty says
15   it should be the mandatory minimum.  That's a sentence for the
16   drugs.  And while that, in my view, is not a fair sentence
17   because of the way crack cocaine works, it is the sentence that
18   Congress mandates for distribution of that drug.
19              But what bothers me more than that is the fact that
20   there were these firearms.  And I have to take account of the
21   fact that there were firearms, and there were multiple
22   firearms, at least two firearms; and some consideration must be
23   given to the firearms.
24              I have taken into account the characteristics of
25   Mr. Brewington and his history.  It appears that his life was
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    from infancy scarred by abuse, and there's a certain
 2    inevitability about anti-social behavior that occurs when life
 3    starts out with someone who is a victim of abuse.
 4            So I am left in determining a sentence that
 5    reflects the seriousness of the offenses for which
 6    Mr. Brewington was convicted by his plea; a sentence that
 7    promotes respect for the law and provides deterrence, adequate
 8    deterrence to him and to others; and to give him the
 9    opportunity to have any services he needs.
10            And so the sentence I impose I hope will meet those
11    objectives.  This is going to be a non-guideline sentence and
12    it starts with the mandatory minimum and I add something for
13    the firearms offenses.
14                      *  *  *  *  *  *  *
```

PDF created with pdfFactory trial version www.pdffactory.com