```
                   UNITED STATES DISTRICT COURT

                    DISTRICT OF MASSACHUSETTS

   UNITED STATES OF AMERICA      )
                                 )
             v.                  )   CRIMINAL NO. 04-10133 RCL
                                 )
   DERONE BREWINGTON             )
                                 )
```

## NOTICE OF APPEAL

Defendant Derone Brewington appeals to the United States Court of Appeals for the First Circuit from the judgment and sentence imposed by the district court on February 5, 2007, and, pursuant to Fed. R. Crim. P. 11(a)(2), from the adverse determination by the court of his Motion to Suppress Evidence. The government and the court both consented to the entry of the conditional plea.

Pursuant to Fed. R. App. P. 4(b)(1)(A)(ii), this notice is filed one day after the government filed its Notice of Appeal, satisfying the requirement of the rule that the notice be filed "within 10 days after the later of" the entry of judgment or "the filing of the government's notice of appeal."

```
                              DERONE BREWINGTON
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                B.B.O. #333480
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA 02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 9, 2007.

                                      /s/ Charles P. McGinty

                                      Charles P. McGinty