UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10133

United States of America

v.

Derone Brewington

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-57

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/8/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 9, 2007.

Sarah A. Thornton, Clerk of Court

By: *[signature]* Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/12/07.

*[signature]* Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06