APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10133-RCL-ALL

Case title: USA v. Brewington

Date Filed: 04/28/2004

Assigned to: Judge Reginald C. Lindsay

**Defendant**

**Derone Brewington** (1)
*TERMINATED: 02/14/2007*

represented by **Charles P. McGinty**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02110
617-223-8061
Fax: 617-223-8080
Email: charles_mcginty@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:841(a)(1) Distribution of Cocaine
Base
(1s)

18:922(g)(1) Previously Convicted
Felon in Possession of Firearm and
Ammunition
(2s)

18:931 Previously Convicted Violent
Felon in Possession of Body Armor

**Disposition**

The Court orders the defendant
committed to the custody of the Bureau
of Prisons for a term of 144 months.
Upon release, the defendant is placed
on supervised release for a term of 8
years with special conditions. The Court
further imposes a special assessment of
$300

The Court orders the defendant
committed to the custody of the Bureau
of Prisons for a term of 144 months.
Upon release, the defendant is placed
on supervised release for a term of 8
years with special conditions. The Court
further imposes a special assessment of
$300

The Court orders the defendant
committed to the custody of the Bureau
of Prisons for a term of 144 months.
Upon release, the defendant is placed
on supervised release for a term of 8

| | |
|---|---|
| (3s) | years with special conditions. The Court further imposes a special assessment of $300 |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:922(g)(1) - Previously convicted felon in possession of firearm and ammunition<br>(1) | Dismissed |
| 18:931 Previously Convicted Violent Felon in Possession of Body Armor<br>(2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | Seth P. Berman<br>United States Attorney's Office<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>617-223-7039<br>Fax: 617-722-0807<br>Email: sberman@strozllc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2004 | 1 | INDICTMENT as to Derone Brewington (1) count(s) 1, 2. (Gawlik, Cathy) (Entered: 04/28/2004) |
| 04/28/2004 | | Judge Reginald C. Lindsay : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Pretrial proceedings as to Derone Brewington (Gawlik, Cathy) (Entered: 04/28/2004) |
| 04/28/2004 | | Arrest Warrant Issued as to Derone Brewington. (Gawlik, Cathy) |

| | | |
|---|---|---|
| | | (Entered: 04/28/2004) |
| 05/14/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Derone Brewington held on 5/14/2004, Plea entered by Derone Brewington (1) Count 1,2Derone Brewington (1) Guilty Count 1,2. by Derone Brewington Not Guilty on counts 1 and 2. Detention Hearing set for 5/19/2004 03:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. Status Conference set for 7/6/2004 11:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Court Reporter Tape.) (Nicewicz, Craig) (Entered: 05/14/2004) |
| 05/14/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Derone Brewington (1) Count 1,2 held on 5/14/2004 (Court Reporter tape.) (Nicewicz, Craig) (Entered: 05/14/2004) |
| 05/14/2004 | 2 | Arrest Warrant Returned Executed on 5/11/04. as to Derone Brewington. (Stanhope, Don) (Entered: 05/14/2004) |
| 05/14/2004 | 4 | CJA 23 Financial Affidavit by Derone Brewington (Saccoccio, Dianalynn) (Entered: 05/17/2004) |
| 05/17/2004 | 3 | Judge Marianne B. Bowler : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Derone Brewington Charles P. McGinty for Derone Brewington appointed. (Saccoccio, Dianalynn) (Entered: 05/17/2004) |
| 05/19/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to Derone Brewington held on 5/19/2004; Seth Berman for the govt.; Charles McGinty for the deft.; Govt. calls one witness; Witness is cross examined; Govt. argues for detention; Defense counsel does not argue issue of detention and consents to voluntary detention; Court to issue voluntary order of detention. (Entered: 05/19/2004) |
| 05/19/2004 | 5 | EXHIBIT/WITNESS LIST by USA as to Derone Brewington (Saccoccio, Dianalynn) (Entered: 05/19/2004) |
| 05/19/2004 | 6 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION as to Derone Brewington (Filo, Jennifer) (Entered: 05/21/2004) |
| 06/10/2004 | 7 | TRANSCRIPT of Detention Hearing as to Derone Brewington held on May 19, 2004 before Judge Bowler. Tape Number: Transcribed by: Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/10/2004) |
| 07/06/2004 | 8 | MOTION to Continue Initial Status Hearing as to Derone Brewington . (Stanhope, Don) (Entered: 07/08/2004) |
| 07/09/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 8 |

|  |  | Motion to Continue as to Derone Brewington (1) (Bowler, Marianne) (Entered: 07/09/2004) |
|---|---|---|
| 07/16/2004 | 🌀 | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Derone Brewington held on 7/16/2004;James Lang standing in for Seth Berman for the govt.; Charles McGinty for the deft.; Counsel for the deft. requests a continuance; Interim status set for August 5, 2004 at 11:15 AM; Parties agree to exclude the time from today to August 5, 2004; Govt. to file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/16/2004) |
| 07/19/2004 | 9 | Assented to MOTION for Excludable Delay from July 16, 2004 to August 5, 2004 as to Derone Brewington by USA. (Berman, Seth) (Entered: 07/19/2004) |
| 07/21/2004 | 🌀 | Judge Marianne B. Bowler : electronic ORDER entered granting 9 Motion to Exclude as to Derone Brewington (1) (Bowler, Marianne) (Entered: 07/21/2004) |
| 08/05/2004 | 🌀 | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Derone Brewington held on 8/5/2004; Seth Berman for the govt.; Charles McGinty for the deft.; Counsel for the deft. requests additional time and asks for a date within the third week of September; The govt. is amenable; Court sets further status for September 21, 2004 at 10:00 AM; Parties agree to exclude the time from today to September 21, 2004 and the govt. will prepare an assented to motion excluding the time from the original status conference date of July 6, 2004 through September 21, 2004. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 08/05/2004) |
| 08/06/2004 | 10 | Assented to MOTION for Excludable Delay from July 6, 2004 to September 21, 2004 as to Derone Brewington by USA. (Berman, Seth) (Entered: 08/06/2004) |
| 08/09/2004 | 🌀 | Judge Marianne B. Bowler : electronic ORDER entered granting 10 Motion to Exclude as to Derone Brewington (1) (Bowler, Marianne) (Entered: 08/09/2004) |
| 09/21/2004 | 🌀 | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Further status conference as to Derone Brewington held on 9/21/2004; Seth Berman for the govt. and Charles McGinty for the deft.; Counsel for the deft. requests additional time; Govt. is amenable; Further status conference set for Thursday, October 21, 2004 at 2:45 PM; Parties agree to exclude the time from today to October 21, 2004 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/21/2004) |
| 09/21/2004 | 11 | Assented to MOTION for Excludable Delay from September 21, 2004 to October 21, 2004 as to Derone Brewington by USA. (Berman, Seth) (Entered: 09/21/2004) |
| 09/22/2004 | 🌀 | Judge Marianne B. Bowler : electronic ORDER entered granting 11 |

| | | |
|---|---|---|
| | | Motion to Exclude as to Derone Brewington (1) (Bowler, Marianne) (Entered: 09/22/2004) |
| 10/21/2004 | 🔵 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Further status conference for Derone Brewington held on 10/21/2004; Seth Berman for the govt. and Charles McGinty for the deft.; Counsel for the deft. requests additional time and the govt. is amenable to the request; Further status conference is set for 11/22/2004 at 11:00 AM; Parties agree to exclude the time from today to 11/22/2004 and the govt. will file the assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 10/22/2004) |
| 10/25/2004 | 🔵12 | Assented to MOTION for Excludable Delay from October 21, 2004 to November 22, 2004 as to Derone Brewington by USA. (Berman, Seth) (Entered: 10/25/2004) |
| 10/27/2004 | 🔵 | Judge Marianne B. Bowler: Electronic ORDER entered granting 12 Motion to Exclude as to Derone Brewington(1). (Bowler, Marianne) (Entered: 10/27/2004) |
| 11/22/2004 | 🔵13 | Assented to MOTION to Continue *Status Conference* as to Derone Brewington. (McGinty, Charles) (Entered: 11/22/2004) |
| 11/23/2004 | 🔵 | Judge Marianne B. Bowler: Electronic ORDER entered granting 13 Motion to Continue as to Derone Brewington(1). (Bowler, Marianne) (Entered: 11/23/2004) |
| 11/30/2004 | 🔵 | Set/Reset Hearings for Derone Brewington: Status conference set for 12/3/2004 at 10:45 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler: PLEASE NOTE: TIME CHANGE ONLY. (Saccoccio, Dianalynn) (Entered: 11/30/2004) |
| 12/02/2004 | 🔵14 | Assented to MOTION to Continue *Status Conference* as to Derone Brewington. (McGinty, Charles) (Entered: 12/02/2004) |
| 12/03/2004 | 🔵 | Judge Marianne B. Bowler: Electronic ORDER entered granting 14 Motion to Continue as to Derone Brewington(1). (Bowler, Marianne) (Entered: 12/03/2004) |
| 12/22/2004 | 🔵15 | MOTION to Exclude *Time* as to Derone Brewington. (McGinty, Charles) (Entered: 12/22/2004) |
| 12/23/2004 | 🔵 | Judge Marianne B. Bowler: Electronic ORDER entered granting 15 Motion to Exclude as to Derone Brewington(1). (Bowler, Marianne) (Entered: 12/23/2004) |
| 01/11/2005 | 🔵 | Set/Reset Hearings for Derone Brewington: Further status conference set for 1/13/2005 at 2:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; PLEASE NOTE: TIME CHANGE ONLY. (Saccoccio, Dianalynn) (Entered: 01/11/2005) |
| 01/13/2005 | 🔵 | ElectronicClerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Further status conference for Derone Brewington held on 1/13/2005; Seth Berman for the govt. and Charles McGinty for |

| | | |
|---|---|---|
| | | the deft.; Counsel for the deft. requests a further status conference two weeks from today; The govt. is amenable and a further status conference is set for 1/26/2005 at 2:30 PM; Parties agree to exclude the time from today to 1/26/2005 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 01/13/2005) |
| 01/13/2005 | 16 | Assented to MOTION for Excludable Delay from January 13, 2005 to January 26, 3005 as to Derone Brewingtonby USA. (Berman, Seth) (Entered: 01/13/2005) |
| 01/14/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 16 Motion to Exclude as to Derone Brewington(1). (Bowler, Marianne) (Entered: 01/14/2005) |
| 01/27/2005 | 17 | Assented to MOTION for Excludable Delay from January 26, 2005 to March 3, 2005 as to Derone Brewingtonby USA. (Berman, Seth) (Entered: 01/27/2005) |
| 01/27/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Derone Brewington held on 1/27/2005;Seth Berman for the govt. and David Ruiz for the deft.; Counsel for the deft. requests a date for a further status conference in the first week in March and the govt. is amenable with the request; A further status conference is set for 3/3/2005 at 2:30 PM; Parties agree to exclude the time from today to 3/3/2005 and the govt. will file the assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 01/31/2005) |
| 01/28/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 17 Motion to Exclude as to Derone Brewington(1). (Bowler, Marianne) (Entered: 01/28/2005) |
| 02/16/2005 | 18 | SUPERSEDING INDICTMENT as to Derone Brewington (1) count(s) 1s, 2s, 3s. (Gawlik, Cathy) (Entered: 02/17/2005) |
| 02/17/2005 | 19 | Judge Reginald C. Lindsay : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Pretrial proceedings re: Superseding Indictment as to Derone Brewington (Gawlik, Cathy) (Entered: 02/17/2005) |
| 02/18/2005 | 20 | MOTION to Suppress as to Derone Brewington. (McGinty, Charles) (Entered: 02/18/2005) |
| 02/18/2005 | 21 | MEMORANDUM in Support by Derone Brewington re 20 MOTION to Suppress *Preliminary* (Attachments: # 1 # 2)(McGinty, Charles) (Entered: 02/18/2005) |
| 02/18/2005 | 24 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Derone Brewington (Stanhope, Don) (Entered: 03/08/2005) |
| 02/22/2005 | 22 | Assented to MOTION for Extension of Time to March 18, 2005 to File Response/Reply as to 20 MOTION to Suppress as to Derone Brewingtonby USA. (Berman, Seth) (Entered: 02/22/2005) |

| 02/24/2005 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered granting 22 Motion for Extension of Time to File Response/Reply to Motion to Suppress as to Derone Brewington (1) to 3/18/05 (Hourihan, Lisa) (Entered: 02/24/2005) |
|---|---|---|
| 02/25/2005 | ● | NOTICE OF HEARING for Derone Brewington; Arraignment on the superseding indictment set for 3/3/2005 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 02/25/2005) |
| 03/03/2005 | ● | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Arraignment on the superseding indictment for Derone Brewington (1) held on 3/3/2005; Seth Berman for the govt. and Charles McGinty for the deft.; John Riley for Pretrial Services; Deft. waives the reading of the indictment in its entirety and pleads not guilty to all counts; The Govt. anticipates eight to ten witnesses and the trial to last ten days; Counsel for the deft. requests 30 days for a further status conference; Further status conference is set for 4/6/2005 at 2:30 PM; Parties agree to exclude the time from today to 4/6/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 03/03/2005) |
| 03/04/2005 | ●23 | Assented to MOTION for Excludable Delay from March 3, 2005 to April 6, 2005 as to Derone Brewingtonby USA. (Berman, Seth) (Entered: 03/04/2005) |
| 03/07/2005 | ● | Judge Marianne B. Bowler: Electronic ORDER entered granting 23 Motion to Exclude as to Derone Brewington(1). (Bowler, Marianne) (Entered: 03/07/2005) |
| 03/14/2005 | ●25 | Opposition by USA as to Derone Brewington re 20 MOTION to Suppress (Berman, Seth) (Entered: 03/14/2005) |
| 04/06/2005 | ●26 | Joint MOTION to Continue *and Exclude* to April 12, 2005 to for Final Status Conference as to Derone Brewingtonby USA. (Berman, Seth) (Entered: 04/06/2005) |
| 04/06/2005 | ● | Judge Marianne B. Bowler: Electronic ORDER entered granting 26 Motion to Continue as to Derone Brewington(1). (Bowler, Marianne) (Entered: 04/06/2005) |
| 04/12/2005 | ● | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Derone Brewington held on 4/12/2005; Seth Berman for the govt. and Charles McGinty for the deft.; Parties request that the case is returned to the district judge to schedule a hearing on the motion to suppress; the court will issue a final status report forthwith. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 04/13/2005) |
| 04/13/2005 | ●27 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Derone Brewington. (Saccoccio, Dianalynn) (Entered: 04/14/2005) |
| | ● | |

| | | |
|---|---|---|
| 04/13/2005 | | Judge update in the case of Derone Brewington; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 04/14/2005) |
| 04/22/2005 | 28 | Judge Reginald C. Lindsay : ORDER entered. ORDER REFERRING MOTION as to Derone Brewington 20 Defendant's MOTION to Suppress filed by Derone Brewington, (Stanhope, Don) (Entered: 04/22/2005) |
| 04/26/2005 | | NOTICE OF HEARING; 20 Defendant's Motion to Suppress; Motion hearing set for 5/2/2005 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 04/26/2005) |
| 04/29/2005 | 29 | Assented to MOTION to Continue to Any day the week of May 23, 2005 to Hold the Suppression Hearing as to Derone Brewingtonby USA. (Berman, Seth) (Entered: 04/29/2005) |
| 05/02/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered denying 29 Motion to Continue as to Derone Brewington(1). The hearing will proceed at 2:00 p.m. rather 10:00 a.m. to accommodate government counsel's schedule. (Bowler, Marianne) (Entered: 05/02/2005) |
| 05/04/2005 | 30 | Joint MOTION to Continue to On or after May 23, 2005 to Hold the Hearing as to Derone Brewingtonby USA. (Berman, Seth) (Entered: 05/04/2005) |
| 05/05/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 30 Motion to Continue as to Derone Brewington(1). The hearing is continued until May 24, 2005 at 2:00 p.m. (Bowler, Marianne) (Entered: 05/05/2005) |
| 05/24/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing for Derone Brewington held on 5/24/2005; 20 Motion to Suppress filed by Derone Brewington; Seth Berman for the govt. and Charles McGinty for the deft.; The govt. calls Sgt. Felipe Colon of the Boston Police Dept. to testify and offers two exhibits; Counsel for the deft. cross examines the witness and offers one exhibit; The matter is continued to 5/27/2005 at 10:45 AM. (Court Reporter Judith Twomey.) (Saccoccio, Dianalynn) (Entered: 05/24/2005) |
| 05/27/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Continued motion hearing for Derone Brewington held on 5/27/2005; 20 Motion to Suppress filed by Derone Brewington; Seth Berman for the govt. and Charles McGinty for the deft.; The govt. calls David O'Sullivan, police officer from the Boston Police Dept. to testify and offers four exhibits; Counsel for the deft. cross examines the witness and offers two exhibits; The hearing is continued to 6/8/2005 at 11:00 AM. (Court Reporter Teri Gibson.) (Saccoccio, Dianalynn) (Entered: 05/27/2005) |
| 06/08/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing for Derone Brewington held on |

| | | |
|---|---|---|
| | | 6/8/2005; 20 Motion to Suppress filed by Derone Brewington; Seth Berman for the govt. and Charles McGinty for the deft.; The govt. calls Albert Terestre, Detective Sargent for the Boston Police Dept., to testify; The govt. offers two exhibits; Counsel for the deft. offers three exhibits; The hearing is continued to 6/17/2005 at 10:00 AM. (Court Reporter Valerie O'Hara.) (Saccoccio, Dianalynn) (Entered: 06/13/2005) |
| 06/17/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing for Derone Brewington held on 6/17/2005; 20 Motion to Suppress filed by Derone Brewington; Seth Berman for the govt. and Charles McGinty for the deft.; Counsel for the deft. calls Ebonie Minter to testify; The govt. cross examines the witness; Counsel for the deft. requests to file a post hearing brief after he receives all the transcripts; The court orders that the post hearing brief is to be filed 14 days after the receipt of the final transcript; The deft. is remanded to the custody of the U.S. Marshals. (Court Reporter Donald Womack.) (Saccoccio, Dianalynn) (Entered: 06/17/2005) |
| 06/23/2005 | 31 | EXHIBIT/WITNESS LIST by Derone Brewington and USA for Derone Brewington (Saccoccio, Dianalynn) Additional attachment(s) added on 6/23/2005 (Saccoccio, Dianalynn). (Entered: 06/23/2005) |
| 06/23/2005 | | Document added to docket entry 31 (Saccoccio, Dianalynn) (Entered: 06/23/2005) |
| 06/28/2005 | 32 | TRANSCRIPT of Motion to Suppress Hearing as to Derone Brewington held on June 17, 2005 before Judge Bowler. Court Reporter: Donald E. Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/28/2005) |
| 07/15/2005 | 33 | TRANSCRIPT of Motion Hearing as to Derone Brewington held on June 8, 2005 before Judge Bowler. Court Reporter: Valerie O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/15/2005) |
| 08/03/2005 | 34 | Magistrate Judge Marianne B. Bowler: ORDER entered; PROCEDURAL ORDER RE:DEFENDANT'S MOTION TO SUPPRESS (DOCKET ENTRY # 20) (Saccoccio, Dianalynn) (Entered: 08/03/2005) |
| 08/08/2005 | 35 | Assented to MOTION for Excludable Delay from February 18, 2005 to September 30, 2005 *or to such later date that the Defendant's Motion to Suppress is Decided* as to Derone Brewington by USA. (Berman, Seth) (Entered: 08/08/2005) |
| 08/08/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 35 Motion to Exclude as to Derone Brewington(1). (Bowler, Marianne) (Entered: 08/08/2005) |
| 08/22/2005 | 36 | TRANSCRIPT of Hearing as to Derone Brewington held on May 24, 2005 before Judge Bowler. Court Reporter: Judith A Twomey. The |

| | | |
|---|---|---|
| | | original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/946-2577 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/22/2005) |
| 08/31/2005 | 37 | TRANSCRIPT of Motion to Suppress Hearing as to Derone Brewington held on May 27, 2005 before Judge Bowler. Court Reporter: Teri C. Gibson. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/650-6288 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/31/2005) |
| 09/02/2005 | 38 | Assented to MOTION for Extension of Time to September 23, 2005 to File *Memorandum* as to Derone Brewington. (McGinty, Charles) (Entered: 09/02/2005) |
| 09/07/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 38 Motion for Extension of Time to File as to Derone Brewington(1). (Bowler, Marianne) (Entered: 09/07/2005) |
| 09/23/2005 | 39 | Opposition by USA as to Derone Brewington re 20 MOTION to Suppress (Berman, Seth) (Entered: 09/23/2005) |
| 09/23/2005 | 40 | MOTION for Leave to File *Brief with Two Additional Pages* as to Derone Brewington. (McGinty, Charles) (Entered: 09/23/2005) |
| 09/23/2005 | 41 | MEMORANDUM in Support by Derone Brewington re 40 MOTION for Leave to File *Brief with Two Additional Pages Defendant's Post-Hearing Memorandum* (McGinty, Charles) (Entered: 09/23/2005) |
| 12/05/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 40 Motion for Leave to File as to Derone Brewington(1). (Bowler, Marianne) (Entered: 12/05/2005) |
| 12/22/2005 | 42 | Judge Marianne B. Bowler: ORDER entered. REPORT AND RECOMMENDATION as to Derone Brewington. This court RECOMMENDS that the motion be DENIED. Objections to R&R due by 1/9/2006 (Feeney, Eileen) (Entered: 12/22/2005) |
| 12/22/2005 | 43 | MOTION for Hearing *to Hold a Status Conference and Set a Trial Date* as to Derone Brewington by USA. (Berman, Seth) (Entered: 12/22/2005) |
| 12/28/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 43 Motion for Hearing as to Derone Brewington (1) (Hourihan, Lisa) (Entered: 12/28/2005) |
| 12/28/2005 | | Set/Reset Hearings as to Derone Brewington: Pretrial Conference set for 1/17/2006 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 12/28/2005) |
| 12/29/2005 | 44 | Assented to MOTION to Continue *Time to File Objections* as to Derone Brewington. (McGinty, Charles) (Entered: 12/29/2005) |
| 01/03/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 44 Motion to Extend Time to File Objections to the R&R to 1/17/06 as to |

| | | |
|---|---|---|
| | | Derone Brewington (1) (Hourihan, Lisa) (Entered: 01/03/2006) |
| 01/17/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Pretrial Conference as to Derone Brewington held on 1/17/2006. Objections to the Report and Recommendation by the defendant due 1/23/06. Government has the 10 days to respond. Further pretrial conference to be set once motion to suppress has been decided. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/18/2006) |
| 01/23/2006 | ●45 | OBJECTION TO REPORT AND RECOMMENDATIONS 42 by Derone Brewington *Defendant's Objections to Report and Recommendation of United States Magistrate Judge* (McGinty, Charles) (Entered: 01/23/2006) |
| 02/02/2006 | ●46 | Memorandum regarding Government's Response to the Defendant's Objections to the Report and Recommendation of Judge Bowler as to Derone Brewington (Berman, Seth) (Entered: 02/02/2006) |
| 02/25/2006 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered adopting Report and Recommendations 42 re the motion to suppress of Derone Brewington and therefore denying the motion 20. (Lindsay, Reginald) (Entered: 02/25/2006) |
| 02/27/2006 | ● | ELECTRONIC NOTICE OF HEARING as to Derone Brewington Pretrial Conference set for 3/9/2006 10:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 02/27/2006) |
| 02/27/2006 | ● | ELECTRONIC NOTICE OF RESCHEDULING as to Derone Brewington Pretrial Conference reset for 3/8/2006 09:30 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 02/27/2006) |
| 03/07/2006 | ● | ELECTRONIC NOTICE OF RESCHEDULING as to Derone Brewington Pretrial Conference set for 3/8/2006 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (NOTE TIME CHANGE ONLY) (Hourihan, Lisa) (Entered: 03/07/2006) |
| 03/08/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Pretrial Conference as to Derone Brewington held on 3/8/2006. Counsel for the defendant request an opportunity to file a motion for reconisderation. Motion for reconsideration to be filed by 3/15/06. Response to motion to be filed by 3/29/06. Further pretrial conference will be set once the motion is decided. (Court Reporter S. Killian.) (Hourihan, Lisa) (Entered: 03/08/2006) |
| 03/15/2006 | ●47 | MOTION for Reconsideration *of Report and Recommendation Re: Defendant's Motion to Suppress* as to Derone Brewington. (McGinty, Charles) (Entered: 03/15/2006) |
| 03/27/2006 | ●48 | MEMORANDUM in Opposition by USA as to Derone Brewington re 47 MOTION for Reconsideration *of Report and Recommendation Re: Defendant's Motion to Suppress* (Berman, Seth) (Entered: 03/27/2006) |
| 04/28/2006 | ● | Judge Reginald C. Lindsay : ORDER entered granting in part and |

| | | |
|---|---|---|
| . | | denying in part 47 Motion for Reconsideration as to Derone Brewington (1). Granted to the extent that reconsideration has been undertaken; denied as to the underlying relief sought. After fresh consideration of the issues raised by the defendant, the court reaffirms its adoption of the report and recommendation of Magistrate Judge Marianne B. Bowler on the defendant's motion to suppress. The court has conducted a de novo review of the factual and legal findings and accepts the determinations (including credibility determinations) made by Judge Bowler, which are thoroughly explained in her detailed report. See United States v. Raddatz, 447 U.S. 667, 680-81 (1980) (holding a district court may accept a magistrate judge's credibility determinations after reviewing the record and without holding new hearings); United States v. Hernandez-Rodriguez, No. 05-1121, 2006 WL 888094, at *8 (1st Cir. Apr. 6, 2006) (same). (Losco, Marie) (Entered: 04/28/2006) |
| 05/01/2006 | | NOTICE OF HEARING as to Derone Brewington Pretrial Conference set for 5/15/2006 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 05/01/2006) |
| 05/15/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Pretrial Conference as to Derone Brewington held on 5/15/2006. Trial set for 10/23/06 at 9:00AM. Trial estimate 5-7 days. Pretrial Order to issue. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 05/16/2006) |
| 05/16/2006 | 49 | Judge Reginald C. Lindsay : ORDER entered. PRETRIAL ORDER as to Derone Brewington Time excluded from 5/15/06 until 10/23/06. Jury Trial set for 10/23/2006 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. Pretrial Conference set for 10/20/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 05/16/2006) |
| 09/27/2006 | | ELECTRONIC NOTICE OF HEARING as to Derone Brewington Change of Plea Hearing set for 10/18/2006 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. Any written plea agreement to be filed three business days before the Rule 11 hearing date. If no plea agreement, counsel to notify the clerk three business days before the Rule 11 hearing date. A failure to follow these instructions may result in the cancellation of the Rule 11 hearing at the discretion of the court.(Hourihan, Lisa) (Entered: 09/27/2006) |
| 10/06/2006 | 50 | Joint MOTION to Continue to on or after October 25, 2006 to Hold the Rule 11 Hearing as to Derone Brewingtonby USA. (Berman, Seth) (Entered: 10/06/2006) |
| 10/16/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 50 Motion to Continue as to Derone Brewington (1). Rule 11 Hearing is scheduled for 10/18/06 at 2:30PM. (Hourihan, Lisa) (Entered: 10/16/2006) |
| 10/18/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Change of Plea Hearing as to Derone Brewington held on |

| | | |
|---|---|---|
| | | 10/18/2006. Seth Berman for the Government. Charles McGinty for the defendant. Defendant retracts previous plea of not guilty and enters plea of guilty to Counts 1s-3s of the Indictment. Court finds factual basis, the plea is accepted and entered. (1) Guilty Count 1s,2s,3s. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 10/18/2006) |
| 10/18/2006 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Derone Brewington Sentencing set for 2/5/2007 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/18/2006) |
| 10/18/2006 | 🔵51 | PLEA AGREEMENT as to Derone Brewington (York, Steve) (Entered: 10/18/2006) |
| 01/29/2007 | 🔵52 | MOTION to Seal Document *Motion to File Under Seal* as to Derone Brewington. (McGinty, Charles) (Entered: 01/29/2007) |
| 01/29/2007 | 🔵53 | Sealed Document by Derone Brewington (McGinty, Charles) (Entered: 01/29/2007) |
| 01/30/2007 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 52 Motion to Seal Document as to Derone Brewington (1) (York, Steve) (Entered: 01/30/2007) |
| 01/31/2007 | 🔵54 | TRANSCRIPT of Change of Plea as to Derone Brewington held on October 19, 2006 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/31/2007) |
| 02/05/2007 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Sentencing held on 2/5/2007 for Derone Brewington (1), Count(s) 1s, 2s, 3s. Seth Berman for the Government. Charles McGinty for the defendant. Arguments on motion for downward departure. The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 144 months. Upon release, the defendant is placed on supervised release for a term of 8 years with special conditions. The Court further imposes a special assessment of $300. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 02/08/2007) |
| 02/08/2007 | 🔵55 | MOTION to Dismiss *Original Indictment* as to Derone Brewingtonby USA. (Berman, Seth) (Entered: 02/08/2007) |
| 02/09/2007 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 55 Motion to Dismiss as to Derone Brewington (1) (York, Steve) (Entered: 02/09/2007) |
| 02/14/2007 | 🔵56 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT as to Derone Brewington (1), Count(s) 1, 2, Dismissed; Count(s) 1s, 2s, 3s, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 144 months. Upon release, the defendant is placed on supervised release for a term of 8 years with special conditions. The |

| | | |
|---|---|---|
| | | Court further imposes a special assessment of $300 (Hourihan, Lisa) Additional attachment(s) added on 2/15/2007 (Hourihan, Lisa). (Entered: 02/14/2007) |
| 02/15/2007 | | Notice of correction to docket made by Court staff. The statement of reasons was inadvertently not attached to the Judgment. This has now been corrected. (Hourihan, Lisa) (Entered: 02/15/2007) |
| 03/08/2007 | 57 | NOTICE OF APPEAL by USA as to Derone Brewington NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/28/2007. (Lang, James) (Entered: 03/08/2007) |
| 03/09/2007 | 58 | NOTICE OF APPEAL by Derone Brewington NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/29/2007. (McGinty, Charles) (Entered: 03/09/2007) |