# MANDATE

# United States Court of Appeals
## For the First Circuit

04-10133
USDC/MA
Lindsay, R

No. 07-1420

UNITED STATES,

Appellant,

v.

DERONE BREWINGTON,

Defendant - Appellee.

## JUDGMENT

Entered: **September 6, 2007**
Pursuant to 1st Cir. R. 27.0(d)

The Government's assented-to motion to voluntarily dismiss this cross-appeal pursuant to Fed. R. App. P. 42(b), with each party to bear its own costs, is granted.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 9/6/07

By the Court:
Richard Cushing Donovan, Clerk

By: **ERIC H. DEININGER**
Appeals Attorney

[cc: Dina M. Chaitowitz, AUSA, James F. Lang, AUSA, Charles P. McGinty, Esq.]