# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1421

UNITED STATES,

Appellee,

v.

DERONE BREWINGTON,

Defendant - Appellant.

**JUDGMENT**

Entered: **September 6, 2007**
Pursuant to 1st Cir. R. 27.0(d)

Appellant Derone Brewington's unopposed motion to voluntarily dismiss this cross-appeal pursuant to Fed. R. App. P. 42(b) is granted.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/6/07

By the Court:
Richard Cushing Donovan, Clerk

**ERIC H. DEININGER**

By:_____
Appeals Attorney

[cc: Dina M. Chaitowitz, AUSA, James F. Lang, AUSA, Charles P. McGinty, Esq.]